IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 14-cv-00897-RBJ | Date: July 16, 2014 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| RENEE KING **Plaintiff(s)** | *Blair K. Drazic via telephone* |
| v. | |
| ARONOWITZ & MECKLENBURG LLP **Defendant(s)** | *Lauren E. Tew* |

### COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session: 8:32 a.m.

Appearance of counsel.

**ORDERED:  [5] Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2) and (6) is MOOT.**

Discussion held on claims, defenses, and settlement.

**THREE DAY JURY TRIAL** is set for **June 22, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **June 12, 2015, at 1:30 p.m**. in the same courtroom location.  Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists prior to the Trial Preparation Conference.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A proposed pretrial order is not necessary.

**The Court accepts the proposed limits and deadlines which include:**

Deadline for joinder of parties and amendment of pleadings:  August 29, 2014.

Discovery cut-off:  April 15, 2015.

Dispositive motion deadline:  May 15, 2015.

Discussion held on discovery disputes.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  8:51 a.m.            Hearing concluded.            Total time in Court:  00:19