IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00897-RBJ

RENEE KING,

    Plaintiff,

v.

ARONOWITZ & MECKLENBURG, LLP,

    Defendant.

## MINUTE ORDER

Entered by Judge R. Brooke Jackson on October 23, 2015

    The Court has reviewed plaintiff's status report. On one hand the Court appreciates that plaintiff has engaged counsel. On the other hand counsel's evident plan to expand the number of claims in a case that already has six claims is concerning. The Court orders as follows:

1. The Court grants plaintiff leave to file a third amended complaint but on the following conditions. First, that before filing a third amended complaint new counsel will arrange a face to face meeting with lead counsel for both defendants and have a serious and good faith discussion as to whether the dispute can either be resolved or, if not, narrowed in scope. Second, if the dispute is not resolved, new counsel will very carefully consider the factual and legal basis under Rule 11 for each claim, taking into consideration the points and authorities cited in the defendants' motions, and file only such claims for which counsel has a good faith basis and that <u>counsel</u> deems to be necessary to advocate his client's interests. Third, if the dispute is not resolved, counsel for all parties will jointly contact Chambers and set new dates for a trial preparation conference and a trial.

2. Defendant Aronowitz & Mecklenburg's motion to dismiss, ECF No. 59, is denied without prejudice. Any motion to dismiss the third amended complaint should be made only if, after construing plaintiff's factual allegations in plaintiff's favor, counsel believes in good faith that there is a legal basis to dismiss a claim or claims. Defendant should strictly comply with the Court's practice standard regarding length of motions and briefs.

3. Defendant CitiMortgage's motion to dismiss, ECF No. 66, is denied without prejudice. The same requirements will apply to any motion to dismiss the third amended complaint.